UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA SUGGETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY JUSTICE CENTER, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-1485-JDP (P)<br><br>ORDER |

　　　Plaintiff filed a motion for extension of time to file an opposition to defendants' motion to dismiss filed on November 8, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 16, is granted in part; and

　　　2. Plaintiff is granted forty-five days from the date of this order in which to file an opposition to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:　December 16, 2024　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1